**PEOPLE'S TRUST COMPANY**

v.

**John H. NORBERG, Tax Administrator.**

No. 80–235–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

Roberts, Carroll, Feldstein & Tucker, Peter J. Rotelli, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for respondent.

ORDER

The petition for writ of certiorari is denied.

**Mary Ann SEDNEY**

v.

**RHODE ISLAND BOARD OF PSYCHOLOGY et al.**

No. 80–243–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

Mann & Roney, John M. Roney, Providence, for petitioner.

Mary Ellen McCabe, Chief Legal Counsel, Department of Health, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

**Alva Retta M. TRAHAN et al.**

v.

**Raymond TRAHAN et al.**

**Alva Retta TRAHAN**

v.

**Raymond TRAHAN et al.**

Nos. 79–402–A, 80–251–A.

Supreme Court of Rhode Island.

June 19, 1980.

Higgins, Cavanagh & Cooney, John T. Walsh, Jr., Providence, for plaintiffs.

Edward John Mulligan, Warwick, for defendants.

ORDER

The defendants' motion to consolidate these appeals for briefing and argument is granted. The defendants' motion for an extension of the time within which to file their brief herein to July 11, 1980 is granted.